# State of Missouri

**Jason Kander, Secretary of State**

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

Date Filed: 4/21/2016
Expiration Date: 4/21/2021
Jason Kander
Missouri Secretary of State

## Registration of Fictitious Name

*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check one box:**

[X] New Registration   [ ] Renewal _____ Charter number   [ ] Amendment _____ Charter number   [ ] Correction _____ Charter number

The undersigned is doing business under the following name and at the following address:

Business name to be registered: **Compass Health Network**

Business Address: **1800 Community Drive**
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: **Clinton, MO 64735-8804**

**Owner Information:**

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| COMPASS HEALTH, INC. | N00015890 | 1800 Community Drive | Clinton, MO | 64735 | |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

| COMPASS HEALTH, INC. - Mayme Young | COMPASS HEALTH, INC. - MAYME YOUNG | 04/21/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

Name and address to return filed document:

Name: Pathways Community Behavioral Healthcare, Inc.
Address: Email: mayyoung@pbhc.org
City, State, and Zip Code: _____

Corp. 56 (09/2010)

# COMPASS HEALTH NETWORK
## TITLE VI COMPLAINT FORM

"No person in the United States shall, on the basis of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance."

If you feel that you have been discriminated against in the provision of services including transportation, please provide the following information to assist us in processing your complaint. Should you require any assistance in completing this form or need information in alternate formats, please let us know.

Please mail or return this form to:
Compass Health Network
Compliance Department
3515 Amazonas
Jefferson City, MO 65109
Compliance Hotline: 660-890-8211
OR phone 573-556-3323 or 573-234-2454
CorporateCompliance@compasshn.org

PLEASE PRINT

| | |
|---|---|
| 1. Complainant's Name: Elroy Newton | |
| a. Address: 3205 Bentwater Place | |
| b. City: Saint Charles    State: Missouri    Zip Code: 63301 | |
| c. Telephone (include area code): Home (x) or Cell ( )    Work<br>( )636 - 493 - 1088                                      ( ) - | |
| d. Electronic mail (e-mail) address: elroynewton@yahoo.com | |
| Do you prefer to be contacted by this e-mail address? (x) YES  ( ) NO | |
| 2. Accessible Format of Form Needed? ( ) YES specify:_____ (x) NO | |
| 3. Are you filing this complaint on your own behalf? (x) YES  If YES, please go to question 7.<br>( ) NO  If no, please go to question 4 | |
| 4. If you answered NO to question 3 above, please provide your name and address.<br>a. Name of Person Filing Complaint: | |
| b. Address: | |
| c. City:                          State:              Zipcode: | |
| d. Telephone (include area code): Home ( ) or Cell ( )    Work<br>( ) -                                           ( ) - | |
| e. Electronic mail (e-mail) address: | |
| Do you prefer to be contacted by this e-mail address? ( ) YES  ( ) NO | |
| 5. What is your relationship to the person for whom you are filing the complaint? | |
| 6. Please confirm that you have obtained the permission of the aggrieved party if you are filing on behalf of a third party. ( ) YES, I have permission.   ( ) NO, I do not have permission. | |
| 7. I believe that the discrimination I experienced was based on (check all that apply):<br>(X) Race  (X) Color  ( ) National Origin  (classes protected by Title VI)<br>(X) Other (please specify) my age (52), medical (diabetes), metal and emotional disabilities | |

continued

TITLE VI COMPLAINT FORM – PAGE 2

| | |
|---|---|
| 8. | Date of Alleged Discrimination (Month, Day, Year): 03 - 03 - 2020 |
| 9. | Where did the Alleged Discrimination take place? Wentzville location of Compass Health Center (Formerly Crider Health Center) Dental Department |
| 10. | Explain as clearly as possible what happened and why you believe that you were discriminated against. Describe all of the persons that were involved. Include the name and contact information of the person(s) who discriminated against you (if known). *Use the back of this form or separate pages if additional space is required.* <br> I felt discrimination from the 3 main people I came in contact with and these people are listed as the two receptionist the dental assistant and their supervisor which would make 4. 636-332-6000 Wentzville dental department |
| 11. | Please list any and all witnesses' names and phone numbers/contact information. *Use the back of this form or separate pages if additional space is required.* <br> Witnesses would be the secretary and a nurse or supervisor in the medical department of the Wentzville Compass Health Center |
| 12. | What type of corrective action would you like to see taken? <br> I'm not sure how this can be corrected, this is something that's evil and in their heart, brain, spirit and soul |
| 13. | Have you filed a complaint with any other Federal, State, or local agency, or with any Federal or State court? ( ) YES   If yes, check all that apply.   (X) NO <br> a. ( ) Federal Agency (List agency's name) <br> b. ( ) Federal Court (Please provide location) <br> c. ( ) State Court <br> d. ( ) State Agency (Specify Agency) <br> e. ( ) County Court (Specify Court and County) <br> f. ( ) Local Agency (Specify Agency) |
| 14. | If YES to question 14 above, please provide information about a contact person at the agency/court where the complaint was filed. |
| | Name:                                   Title: |
| | Agency:                                 Telephone: ( )   - |
| | Address: |
| | City:                     State:              Zip Code: |

You may attach any written materials or other information that you think is relevant to your complaint.

Signature and date is required:

_____Elroy Newton_____                    _____03-03-2020_____
Signature                                     Date

If you completed Questions 4, 5 and 6, your signature and date is required:

_____                       _____
Signature                                     Date

This is not everything that happened but I will be able to explain in a formal setting.

The back story:

In December 2019 I called Compass Health at 636-332-6000 and ask to be transferred to Wentzville dental. I made an appointment to see the dentist for two teeth causing extreme pain. The appointment was made on the same date that I was to see my medical doctor February 18, 2020. The doctors appt. was at 7:30 AM, dental appt was made for 8:00 AM via Amber (a supposed receptionist at the Wentzville office).

When I arrived for my dentist appt. the receptionist told me, I was not on the schedule nor that there was not an appt. scheduled. I mention, "this has to be the right date because I scheduled the appt on the same day as my medical". The receptionist again mention "we have nothing for you". I then said "where is Amber, she scheduled the appt.". The receptionist said " she works at the Troy office and if I had scheduled anything both her and Amber would be able to see each others scheduled appointments". I then scheduled an appt. for the following week February 26, 2020.

I showed up to the appointment. Check in with the same receptionist. The dental assistant lead me through to the evaluation or assessment that included checking my weight, and then ushered me to room 7 and my blood pressure was checked. The doctor entered the room did a dental check up and ask me if there were any particular teeth bothering me. I pointed out the two teeth that are very loose and painful while eating. The doctor suggested the removal of all my teeth top and bottom and replace them with dentures. I suggested the top only because they are the ones giving me problems. The doctor had the dental assistance work out the payment plan which came up to $27.00 for extractions and $950.00 for the dentures. A portion of $950.00 is due, which would be $450.00 due after services. So I scheduled the appt. for the extractions at 12:30 PM March 3, 2020 (which she said is an hour long procedure) and a follow up for the dentures at 8 or 8:15 AM March 17, 2020.

On March 3, 2020. I arrived at my dentist appt. about 12:15 PM (with the awareness that it would be an hour long procedure). I check in, had a sit in the waiting room. A couple minutes later the receptionist called me to the window (this receptionist is a different person from the person who scheduled my appt.). She mention that there is an outstanding balance of $4.00 from my medical visits and ask did I want to pay it there at their dental window. I mention I didn't have an extra $4.00 she said okay. I sat back down. The receptionist called me back to the window and ask me if I had the $27.00 needed for today's service. I said "yes". I sat back down. The receptionist call me back to the window and said that I would not be able to see the dentist without paying the $4.00. Then the receptionist said "let me ask my supervisor". The receptionist return and said "its okay". Then the dental assistant called me and lead me to room 6. In room 6 the dental assistant had me have a seat in the dental chair. The dental assistant then check my blood pressure which she said was 140/85. The dental assistant left the room.

note: I've been seen at this clinic by medical, mental and dental several times and since 2010

The dental assistant return and ask me, if I had the $27.00 for today's visit, I did not answer her. Then the dental assistance said that they would not be able to do the work if I didn't pay the $4.00. I said that I have payment arrangement with the medical department. Then a receptionist who was seating on the other side of the receptionist who initially checked me in came into the room (this was the receptionist who schedule the two appointments) and she said that I needed to pay the $4.00 or they would not be able to service me, I told her that I had payment arrangements work out with the medical department. The dental assistant then suggested that they would only give me partial service today. Then the receptionist said that she told me that last week she said that I would not be able to get service if I did not pay the $4.00. I told her she was lying and that never happen. The dental assistance said " I heard her tell you that and you needed to pay the $4:00 or you would not see the dentist. I told her that she was lying also and that never happen. Then I said " You both are lying" and that "You both are standing here and lying", then I said "tell me EXACTLY what was said about me paying $4.00 dollars and that I would not be seen by the dentist and then tell me my response". The receptionist said she didn't have to and that I would not be seen today. So I said "I am going to go to medical and straighten the situation out". I left and went straight to the medical department.

I explain the situation to the secretary in the medical department. The secretary said dental and medical are two separate offices. I said "I know but I would like to make payment arrangements so I can receive some help with my teeth". The secretary was in the mist of making my payment arrangement but then she said "I forgot we only make payment arrangements for people who owe more the fifty dollars". So after some research the secretary told me that she was going to call someone who can override the situation and help me out so that I may keep my appointment. The person who showed up and after some research tried to deescalate the situation. The person who actually did help, ended up working the situation out internally and mention that the debt was from the years 2017 - 2018 and (she said some things that I'm not going to mention but it opposed the dental office) she wanted me to receive the dental service. But then she mention that the dental office said that I couldn't be seen today and that I have to reschedule the appointment. I was in the medical department 15 minutes top. So I went to the office to reschedule.

Upon rescheduling the receptionist told me that only appointment I can make was a dental appointment that would only take out 2 teeth at a time and I would have to keep coming back. I said I want the same kind of appointment that was suppose to cost the $27.00 and the follow up for the dentures and that the dentist is the person who actually set that schedule. The receptionist insisted that I would have to keep coming back to get my remaining teeth extracted. So I said "Whatever just please make me an appointment". Then I said "Lets just make all of the appointment now". The receptionist said that she is only allow to make one appointment at a time but she will check and get back with me if she can make more then one. The receptionist then turn to the other receptionist (who was responsible for scheduling my first two appointments) and ask if she was allowed to make more the one appointment and that receptionist told her that she could not make more than one appointment without checking with her supervisor or the dentist.

The back story: This is what happen in December 2019 when I called to make an appointment with dental Compass Health Center Wentzville:

In the second week in December 2019 I called Compass Health at 636-332-6000 and ask to be transferred to the Wentzville dental office. Once I was transferred, I ask to set an emergency appointment regarding two teeth that are very loose and painful. The receptionist said she needed my name and birthday and that she was looking up my information for scheduling. She said she didn't have anything immediately available. I told her I wanted to make the appointment with Doctor Schmidt. Then said she have appointments available in January then she said "wait" "you haven't been here in a while and you have to make an appointment for x-rays on your teeth before any extractions and after that appointment then you (I) would be allow to make an appointment for extractions". I told the receptionist I really needed the extraction ASAP. The receptionist said she is not allowed to make an extraction appointment without the first preliminary appointment. I told her nothing has change I need to get in and have my teeth extracted. The receptionist said they do not offer emergency extractions. I told her that's not true I made and appointment once before and was able to get in within a couple of days and had my teeth extracted. She said "well that's not going to happen". I said "okay well lets set the preliminary appointment and I will ask the doctor myself to pull my teeth when I see him". She said "the closes appointment was late January". I told her "I might as well set the appointment for February when I have a medical appointment" and then I ask her if she can look and tell me what date was my medical appointment, she said "its February 18, 2020". I say "yeah its at 7:30 AM so set my appointment for 8:00 AM", she said "you have another appointment after your medical with dietary", I told her I was going to cancel the dietary appointment so lets go ahead and get this scheduled. She said "okay but he's not going to do an extraction on this day", I said "okay, can you have the doctor or his assistant call me", she said "the doctor is with another patient", I said "what are you talking about, I said have him call me when he get a chance" and then I said "I didn't ask to speak to the doctor, just have him call me please", she said okay, I said "who am I speaking with" she said "Amber", I said "okay Amber please ask the doctor to call me", she "okay", I said "thank you bye". I never received a call back from anyone.

I now know that the person I was speaking with name is not Amber. She is one of the receptionist that was giving me a problem about the $4.00 debt that was owed from my medical visit. This was the same voice and the same attitude.

NOW on 03-04-2020 the receptionist name Donna called me at 11:45 AM. She said that she is one of the receptionist that I talk to on 03-03-2020 and she ask me if I still wanted to keep my appointment and make the follow up appointment. I told her yes, she said "do you have the money its going to cost $27.00 for extraction and $950.00 for the dentures do you still want to keep the appointment". I said "I want to keep the same appointment that was set up initially" she said "but do you have the money", I said "I want to keep the same situation the doctor had work up when I visited him, she said "the doctor wants to know if you have the money", I said "have the doctor call me when he gets chance".
I feel this is racial profiling, harassment, discrimination and unfair business practice.

This is an insert from the Compass Health Network website. I did not receive this type of service from the dental office, I mention several times that my teeth hurt.

https://compasshealthnetwork.org/services/dental-care/

DENTAL CARE

# Compass Health Network
Inspire Hope. Promote Wellness.

Compass Health Network provides children and adults with exceptional dental care and ongoing preventive oral health services in a courteous and compassionate atmosphere. Staffed with some of the most respected dentists and hygienists in the region, our clinics have state-of-the-art equipment to meet your dental needs.

We accept most private insurance, Medicaid, and offer a sliding fee scale for customers without dental coverage.

## Caring approach
My six-year-old son was diagnosed with an anxiety disorder this past fall. We made four attempts to have his teeth cleaned at the dentist, but because of his diagnosis all four of those attempts failed. We tried everything from stories, role playing, phone apps where he plays the dentist – everything – but nothing worked. Nothing.

However, when we went to Compass Health Network, it was a huge success! My son has a cabbage patch doll that typically comforts him, so I allowed him to bring it with him to his appointment. It appeared in the beginning it wouldn't work. But, when the dentist and the dental assistant walked into the room, everything changed. They did an excellent job of soothing my son, and even gave Aiden (the doll) a dental examination, including notes for Aiden to take home. My son was very impressed with the dentist and the assistant.
The best part? No tears, no screaming or yelling. He even said at the end: "Mom, when are we going to get to see the dentist again?" WOW! Thank You. Thank You. Thank You!
– A grateful mom

## Dental Services Offered
- Exams
- Urgent care visits
- X-rays
- Dental cleanings
- Fluoride treatments
- Sealants
- Fillings
- Routine extractions
- Crowns and bridges
- Dentures and partials

Elroy Newton
3205 Bentwater Pl
St. Charles, MO 63301
elroynewton@yahoo.com
636-493-1088

Listed below are the entities and individuals whom I hold accountable for my pain and suffering:

Compass Heath Network aka Crider Health Center
Board Members
HIPAA Security and Privacy Officer for Compass
Business Associate (may include lawyers, accountants, IT contractors, billing companies, cloud storage services, email encryption services, etc).
Kevin Schmidt DDS
Lisa Barnes (Dental Assistant)
Jane Doe 1 (Receptionist 1 aka Donna who worked on 03/03/2020 12pm - 1pm)
Jane Doe 2 (Receptionist 2 who worked on 03/03/2020 12pm - 1pm)
Individuals named Elavon and Amber

Defendant or Witness
Secretary (who worked in the medical department on03/03/2020 12pm - 1pm)
Supervisor (who worked in the medical department on 03/03/2020 12pm - 1pm)

Everyone in the waiting room, other examination rooms next to mine and in the hallway / common area. listen to two different receptionist and a dental assistant request funds from me several times..

Listed below are the violations I encountered causing my pain and suffering:

Prohibited Discriminatory Acts in Health Care Settings
Discrimination / Intersectional Discrimination / Section 1981 and Tile VII
Institutionalize Discrimination / Section 1981 and Tile VII
Harassment, Bullying and Stalking
Deformation / Public Disclosure of Private Facts
Civil Rights / Civil Wrong / 1866 Civil Rights Act / Title VI 1964
Health Care Rights / Human Rights
HIPPA / HITECH / EMTALA / FQHC / Omnibus Breach / Company
Medical Malpractice
Professional Negligence / Breach Of Duty / Gross Misconduct
Misdiagnosis or Failure to Diagnose
Improper Care / Negligent
Professional Responsibility /Legal Ethics /Medical Ethics / Code of Ethics
Malice In Law / Rehabilitation Act of 1973 Sec 504
Abuse Of Power / Extortion / Fraud
Information Privacy Law or Data Protection Law
False Claim Act

Listed below are the offices conduct I endured but not limited to causing my pain and suffering:

Unfair and deceptive business practice, unfair debt collection
Non Compliance and abuse of HIPAA, HITECH Act, EMTALA and PHI
Professional and Gross misconduct
Professional Negligence / Breach of contract
Negligence / Gross Negligence
Misdiagnosis or Failure to Diagnose
Failure to properly monitor a patient / Failure to follow-up with a patient
Legal liability / Duty of care / Denial of service
Unfair Medical, Dental and Health Care practice
Civil wrong / Human Rights / Health Care Rights / Improper Care
Vicarious Liability / Malice in Law /  Abuse of Power / Extortion
Conflict of Interest /
Truth and Lending Fair Debt Act /  Self-Pay Financial Policy
Failure to follow Demonstrating Compliance guidelines
False and misleading representations
Reckless and Repetitive Conduct with Intent / Extreme and Outrageous Conduct
PHI Compromised

The elements of this intentional tort are:
Intentional or reckless acts (intended to cause severe mental or emotional distress)
Causation (actual and proximate cause - no superseding intervening acts that cutoff liability)
Severe mental or emotional distress (more than hurt feelings or bruised ego)
Vulnerable person
By extreme and outrageous conduct -  beyond the bounds of decency that civilized society should be expected to tolerate.

Misuse / Mishandle

Unauthorized Disclosure of Information: Discuss PHI in the waiting room in front of patients and also forcibly having a discussion about PHI in the examination room / hallway.
The receptionist ask me a number of times about a $4.00 balance in front of patients in the waiting room, she also stalked and harass me in front of patients while I was in the examination room about a $4.00 balance in a overtone voice. The other patients heard us arguing about the $4.00 balance and I was being

stared at with an intent gaze as I walk from the examination room down the hallway back through to the waiting room.

Partially listed below are the healthcare management code of ethics and responsibilities:

**Professional responsibility** as applied to nurses refers to the ethical and moral obligations permeating the nursing profession. These standards relate to patient care, collaboration with other medical **professionals**, integrity, morals and the **responsibility** to effectuate social change.
**Legal ethics** is a term used to describe a code of conduct governing proper professional behavior, which establishes the nature of obligations owed to individuals and to society.
**Medical ethics** is a practical application of moral standards that are meant to benefit the patient. ... You cannot work in a **healthcare** setting without an understanding of the **legal** implication for both you and your patient.  It is necessary to ensure that the medical office conducts business and practices medicine in an **ethical**, lawful and honest manner. **Ethical** issues include understanding and following business and **healthcare ethical** guidelines. Sometimes **ethical** issues are also considered as legal issues.

**The "Impact" Rule**:  The "impact rule" is only followed in a few states. This rule simply requires that something, anything, contacted or impacted the plaintiff as a result of the defendant's negligent act—even a pebble or the percussive effect of an explosion will fulfill the requirement. Note that the defendant's act must still be negligent, it is only the impact that can be minor.

**"Zone of Danger" Rule**:  The "zone of danger" rule is followed in a fair number of states. This rule requires that the plaintiff was close enough to the defendant's negligent act that the plaintiff was at immediate risk of physical harm. Like the impact rule, the zone of danger rule limits an NIED claim to emotional harm based almost exclusively on fear of injury.

**"Foresee ability" Rule:**  The "foresee ability" rule is followed by a majority of states. Foresee ability is a requirement in all standard negligence cases: in essence, a defendant must have been able to reasonably predict that his or her actions could result in the negative consequences experienced by the plaintiff. This rule does not create the same kind of artificial restrictions on NEID claims that the "impact" and "zone of danger" rules do. The essential difference is that there is no requirement that the defendant's negligent conduct involve some form or risk of physical harm.

## Prohibited Discriminatory Acts

Deny services, financial aid or other benefits provided as a part of health or social service programs;

Provide a different service, financial aid or other benefit, or provide them in a different manner from those provided to others in the program;

Segregate or separately treat individuals in any matter related to the receipt of any service, financial aid or other benefit.

## Gross Negligence, Medical Mismanagement, Systematic Racism

Non Compliance and abuse of HIPAA, HITECH Act, EMTALA and PHI

Discrimination and indirect discrimination were clearly present, I receive different and inferior medical treatment in the dental office on 03-03-2020.

All of these are a direct result of my pain and suffering: My teeth still hurt and bothering me, headaches, emotional distress, social isolation, increased stress, depression, anxiety, anger, psychological distress, PTSD, and physical health problems ( increase heart rate and blood pressure, also on this day my blood pressure was higher than any other visits). All of this has cause me to suffer more pain then I came to the clinic with to have relived.

Inability to engage in a meaningful life experience

Permanent mental disability that require professional help and treatment for life. Dentist fail to recognize obvious indications of suffering and sever pain

My pain also include but not limited to emotional pain, mental anguish, and suffering, mental terror causing conscious blanks, loss of enjoyment of life and sexual dysfunction. I also suffer physical pain with crying spell, vomiting and diarrhea.

Educating patients on insurance and, if applicable, related third-party coverage options available to them;   Billing Medicare, Medicaid, CHIP, and other public and private assistance programs or insurance in a timely manner, as applicable;1 and  Requesting applicable payments from patients, while ensuring that no patient is denied service based on  inability to pay.  If a health center elects to offer additional billing options or payment methods (for example, payment plans, grace periods,  prompt or cash payment incentives), the health center has operating procedures for implementing these options or methods and for ensuring they are accessible to all patients regardless of income level or sliding fee discount pay class.

The health center has billing records that show claims are submitted in a timely and accurate manner to the third party payor  sources with which it participates (Medicaid, CHIP, Medicare, and other public and private insurance) in order to collect  reimbursement for its costs in providing health services2 consistent with the terms of such contracts and other arrangements.

The health center has billing records or other forms of documentation that reflect that the health center:

Charges patients in accordance with its fee schedule and, if applicable, the sliding fee discount schedule;3 and Makes  reasonable efforts to collect such amounts owed from patients.  The health center has and utilizes board-approved policies, as well as operating procedures, that include the specific circumstances when the health center will waive or reduce fees or payments required by the center due to any patient's inability to pay.

If a health center provides supplies or equipment that are related to, but not included in, the service itself as part of prevailing standards of care4 (for example, eyeglasses, prescription drugs, dentures) and charges patients for these items, the health center informs patients of such charges ("out-of-pocket costs") prior to the time of service.  If a health center elects to limit or deny services based on a patient's refusal to pay, the health center has a board-approved policy that distinguishes between refusal to pay and inability to pay and notifies patients of:

Amounts owed and the time permitted to  make such payments; Collection efforts that will be taken when these situations occur (for example, meeting with a financial    counselor, establishing payment plans); and How services will be limited or denied when it is determined that the patient has  refused to pay.

**Emotional Harm Creating Physical Symptoms:** In addition to following either the "impact", "zone of danger", or "foresee ability" rules, most states also require that the plaintiff's emotional harm be so severe that it created physical symptoms. Depending on the state, physical symptoms might include loss of appetite or sleeplessness. In other words, the "physical" symptoms need not be severe, but simply observable and objective. This requirement theoretically prevents a plaintiff from claiming to have experienced severe emotional harm based solely on his or her description of an unverifiable, internal and subjective experience. Some states, however, require the physical symptoms of an NEID claim to be more severe than sleeplessness, loss of appetite or anxiety. In addition to the physical symptoms themselves, some states also require that the symptoms show up immediately after the defendant's negligent act. Note that the law in this area is evolving, and a few states no longer require physical symptoms in NEID cases.

**"Foresee ability" Rule:** The "foresee ability" rule is followed by a majority of states. Foresee ability is a requirement in all standard negligence cases: in essence, a defendant must have been able to reasonably predict that his or her actions could result in the negative consequences experienced by the plaintiff. This rule does not create the same kind of artificial restrictions on NEID claims that the "impact" and "zone of danger" rules do. The essential difference is that there is no requirement that the defendant's negligent conduct involve some form or risk of physical harm.



**State of Missouri**
Jason Kander, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

```
X001249004
Date Filed: 4/21/2016
Expiration Date: 4/21/2021
Jason Kander
Missouri Secretary of State
```

# Registration of Fictitious Name

*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check one box:**

[X] New Registration   [ ] Renewal _____ *Charter number*   [ ] Amendment _____ *Charter number*   [ ] Correction _____ *Charter number*

**The undersigned is doing business under the following name and at the following address:**

Business name to be registered: **Compass Health Network**

Business Address: **1800 Community Drive**
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: **Clinton, MO 64735-8804**

**Owner Information:**

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| COMPASS HEALTH, INC. | N00015890 | 1800 Community Drive | Clinton, MO | 64735 | |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

| COMPASS HEALTH, INC. - Mayme Young | COMPASS HEALTH, INC. - MAYME YOUNG | 04/21/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

---

Name and address to return filed document:

Name: Pathways Community Behavioral Healthcare, Inc.

Address: Email: mayyoung@pbhc.org

City, State, and Zip Code:

Corp. 56 (09/2010)